■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BROWNSTEIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered December 21, 1983.

Ordered that the judgment is affirmed *(see, People v Dixon,* 29 NY2d 55; *People v Stubbs,* 110 AD2d 725; *People v Frederick,* 45 NY2d 520; *People v Tinsley,* 35 NY2d 926). Mangano, J. P., Bracken, Eiber, Spatt and Sullivan, JJ., concur.